JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SHAWN D. MAHLER,

Petitioner,

v.

B.O.P.,

Respondent.

Case No. CV 25-1812 SSS (PVC)

**JUDGMENT**

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated: August 25, 2026

SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE